UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL GIRALDO,<br><br>Defendant | Criminal No.  20cr10297<br><br>Violation:<br><br>Count One: Attempt to Possess with Intent to Distribute Five Kilograms or More of Cocaine (21 U.S.C. § 846)<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INFORMATION

### COUNT ONE
Attempt to Possess with Intent to Distribute
Five Kilograms or More of Cocaine
(21 U.S.C. § 846)

The United States Attorney alleges that:

On or about July 17, 2018, in Mansfield, in the District of Massachusetts, the defendant,

MICHAEL GIRALDO,

attempted to knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii).

All in violation of Title 21, United States Code, Section 846.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 846 set forth in Count One, the defendant,

MICHAEL GIRALDO,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above. All pursuant to Title 21, United States Code, Section 853.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Jared C. Dolan by Nadine Pellegrini
Jared C. Dolan
Assistant U.S. Attorney

Date: November 23rd, 2020