JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   **Category No.** II   **Investigating Agency** DEA

**City** Mansfield

**County** Bristol

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Michael Giraldo   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) _____

Birth date (Yr only): 1991   SSN (last4#): 2507   Sex: M   Race: Hispanic   Nationality: American

Defense Counsel if known: Paul J. Davenport   Address: _____

Bar Number: _____   50 Congress Street, Suite 615
Boston, MA 02109

**U.S. Attorney Information:**

AUSA: Jared Dolan   Bar Number if applicable: _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/23/2020   Signature of AUSA: Jared C. Dolan by Nadine Pellegrini

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Michael Giraldo

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Attempt to Possess with the Intent to Distribute Five Kilograms or More of Cocaine | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013