UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
        Plaintiff

V.                                      CRIMINAL NO: 1:20-cr-10297-WGY

MICHAEL GIRALDO,
        Defendant

## NOTICE OF APPEARANCE

I, Francis T. O'Brien, Jr., hereby enter my appearance on behalf of Michael Giraldo in the above-captioned matter.

                Respectfully submitted,
                MICHAEL GIRALDO
                by his attorney,

April 14, 2021           ***/s/ Francis T. O'Brien, Jr.***
                Francis T. O'Brien, Jr.
                BBO #548457
                O'Brien Law Boston, PC
                50 Congress Street, Suite 525
                Boston, MA  02109
                (617) 512-0939 (direct cell)
                fob@obrienlawboston.com

## CERTIFICATE OF SERVICE

I, Francis T. O'Brien, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 14th day of April, 2021.

                ***/s/ Francis T. O'Brien, Jr.***